IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**04 11899 DPW**

| | |
|---|---|
| AT&T CORP., <br> a New York corporation, <br><br> Plaintiff, <br> vs. <br><br> WELCH FOODS, INC., <br> a Michigan corporation, <br><br> Defendant. | Case No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, AT&T Corp. ("AT&T") hereby submits its Corporate Disclosure Statement:

1. There is no parent corporation of AT&T Corp.

2. The following publicly held corporations own 10% or more of AT&T Corp's stock:

   a) Dodge & Cox
      Once Sansome Street
      35th Floor
      San Francisco, CA  94104

      Number of Shares:  83,815,221(1)   10.6%

   b) Capital Research and Management Company
      333 South Hope Street
      55th Floor
      Los Angeles, CA  90071

      Number of Shares:  82,769,800(2)   10.5%

3. There are no publicly held corporations that have a substantial financial interest in the outcome of this case by reason of insurance, a franchise agreement or indemnity agreement.

4. The following are publicly held equity or debt security companies:

   a) AT&T Credit Holdings, Inc.
      44 Whippany Road
      Morristown, NJ 07962

38

       (debt only)

b)    AT&T Latin America (ATTL)
       220 Alhambra Circle, 9th Floor
       Coral Gables, FL 3313

       (69.7% equity owned)

Dated this ___ day of _____, 2004.

       Respectfully submitted,

       _____
       William M. Zall
       BBO #554135
       Cunningham, Machanic, Cetlin,
       Johnson & Harney, LLP
       220 North Main Street
       Natick, MA 01760
       TEL:(508) 651-7524
       FAX:(508) 653-0119