AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Eastern **DISTRICT OF** Massachusetts

AT&T Corp., a New York Corporation,
                Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Welch Foods, Inc.,

                Defendant

11899 DPW

TO: (Name and address of defendant)

    Welch Foods, Inc.
    c/o Registered AGent
    CT Corporation System
    101 Federal Street
    Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    William M. Zall, Esq.
    Cunningham, Machanic, Cetlin, Johnson & Harney, LLP
    220 North Main Street
    Natick, MA  01760

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

AUG 3 1 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

September 13, 2004

I hereby certify and return that on 9/9/2004 at 1:40PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Allison Liberto, process clerk and agent in charge of CT Corp. and its agent at the time of service, for Welch Foods, Inc., at , 101 Federal Street, C/O CT Corporation Systems Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff  John Cotter

*Deputy Sheriff*

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.