IN THE UNITEED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 13  A 9:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AT&T CORP., <br> A New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WELCH FOODS INC., <br> A COOPERATIVE, <br> A Michigan corporation, <br><br> Defendant | Case No. 04 11899 DPW |

## DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Defendant, Welch Foods, Inc., moves that the time within which it must file a responsive pleading be extended to, and including, October 15, 2004.

Plaintiff has assented to this motion.

AT&T Corp.

By its attorney

_William M. Zall by WAW_
William M. Zall, BBO# 554135
Cunningham, Machanic, Cetlin,
  Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760
Tel: (508) 651-7524
Fax: (508) 653-0119

WELCH FOODS, INC.

By its attorney,

_Wm A Worth_
William A. Worth, BBO#544086
Prince, Lobel, Glovsky & Tye
585 Commercial Street
Boston, MA 02109-1024
Tel: (617) 456-8000
Fax: (617) 456-8100

Richard H. Alpert, BBO #016500
Welch Foods Inc.,
575 Virginia Road
Concord MA 01742
Tel: (978) 371-3668
Fax: (978) 371-3860

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage prepaid, on  10/12/04  .
_Wm A Worth_