UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 14 P 1:44

U.S. DISTRICT COURT
DISTRICT OF MASS.

AT&T CORP., )
A New York corporation, )
 )
    Plaintiff, )
    Counterclaim Defendant )
 )
vs. )   Civil Action No. 04 11899 DPW
 )
 )
WELCH FOODS INC., )
A COOPERATIVE, )
A Michigan corporation, )
 )
    Defendant )
    Counterclaim Plaintiff )

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.3(A)

Defendant Welch Foods Inc., A Cooperative ("Welch's"), submits this statement pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts.

Welch's is a Michigan corporation with a principal place of business at Concord, Massachusetts. Its parent corporation is National Grape Cooperative

Association, Inc. a New York agricultural cooperative corporation with a principal place of business in Westfield, New York.

                                                Respectfully submitted,

/s/ William A. Worth
William A. Worth
BBO #544086
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109-1024
Tel: (617) 456-8000
Fax: (617) 456-8100

Richard H. Alpert
BBO #016500
Welch Foods Inc., A Cooperative
575 Virginia Road
Concord MA 01742
Tel: (978) 371-3668
Fax: (978) 371-3860

Date: October 14, 2004

> I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage prepaid, on October 14, 2004.
>
> /s/ William A. Worth
> William A. Worth

2