IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AT&T CORP.,**<br>a New York corporation,<br><br>**Plaintiff,**<br>vs.<br><br>**WELCH FOODS, INC., A COOPERATIVE,**<br>A Michigan Corporation<br><br>**Defendant.** | Case No. 04-11899-DPW |

## PROPOSED ORDER OF THE COURT GRANTING
## *PRO HAC VICE* ADMISSION TO WILLIAM H. EIKENBERRY, ESQ.

Upon Motion of Plaintiff, AT&T Corp., on application pursuant to Local Rule of the United States District Court for the District of Massachusetts 83.5.3, for the admission *pro hac vice* of William H. Eikenberry, Esq., of the law firm Murray Franke Greenhouse List & Lippitt LLP, and the Court having considered the application, and any opposition thereto, and good cause appearing, it is hereby:

### ORDERED, ADJUDGED AND DECREED

That the application for admission *pro hac vice* of William H. Eikenberry, Esq., for the purpose of the representation of Plaintiff, AT&T Corp., in the captioned action, shall be and hereby is granted.

**ENTERED:**                                                    **ORDERED:**

_____                                _____