

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Susan J. Festag__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__William Howard Eikenberry__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __18th__ day of __May__ A. D. __1998__ and that at the date hereof the said __William Howard Eikenberry__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __12th__ day of __October__ A. D. __2004__

__Susan J. Festag__

Clerk