IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AT&T CORP.,**<br>a New York corporation,<br><br>         **Plaintiff,**<br>vs.<br><br>**WELCH FOODS, INC., A COOPERATIVE,**<br>A Michigan Corporation<br><br>         **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:    Case No. 04-11899-DPW<br>:<br>:<br>:<br>:<br>: |

## MOTION OF AT&T CORP. AND OF WILLIAM M. ZALL FOR ADMISSION OF PAUL R. FRANKE, III, *PRO HAC VICE*

AT&T Corp. ("AT&T") and William M. Zall respectfully move for the admission of Attorney Paul R. Franke, III, *pro hac vice*, in the above-referenced matter. As grounds therefore, AT&T and Attorney Zall state the following:

1. Attorney Franke is and has been a member in good standing of the Bar of the State of Colorado. He is also a member of the Bar of the United States District Court for the District of Colorado.

2. Attorney Franke and his firm, Murray Franke Greenhouse List & Lippitt LLP, have been requested by their client, the Plaintiff, AT&T, to represent its interests in this matter, which is but one of a series of matters in which their firm has represented AT&T in various jurisdictions over several years. Because of their ongoing involvement in those other similar matters, Attorney Franke can best represent the interests of AT&T Corp. in this matter

1

3. Attorney Zall is licensed to practice law in the Commonwealth of Massachusetts and before this District Court, and will assist Attorney Franke in this matter.

4. The following documents are attached hereto in support of this motion:

| | |
|---|---|
| Exhibit A: | Declaration of William M. Zall, Esq. In Support of the Application For *Pro Hac Vice* Admission of Paul R. Franke, III, Esq. |
| Exhibit B: | Proposed Order of the Court Granting *Pro Hac Vice* Admission to Paul R. Franke, III, Esq. |
| Exhibit C: | Certificate of Good Standing of Paul R. Franke, Esq. in the Bar of the Supreme Court of Colorado. |

Respectfully submitted,
AT&T Corp.
By its attorneys

_____
William M. Zall
BBO #554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA  01760
TEL:(508) 651-7524

Dated  10/27/04