IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AT&T CORP.,** <br> a New York corporation, <br><br> **Plaintiff,** <br> vs. <br><br> **WELCH FOODS, INC., A COOPERATIVE,** <br> A Michigan Corporation <br><br> **Defendant.** | : <br> : <br> : <br> : <br> : <br> : <br> : Case No. 04-11899-DPW <br> : <br> : <br> : <br> : <br> : |

**PROPOSED ORDER OF THE COURT GRANTING**
***PRO HAC VICE* ADMISSION TO PAUL R. FRANKE, III, ESQ.**

Upon Motion of Plaintiff, AT&T Corp., on application pursuant to Local Rule of the United States District Court for the District of Massachusetts 83.5.3, for the admission *pro hac vice* of Paul R. Franke, III, Esq., of the law firm Murray Franke Greenhouse List & Lippitt LLP, and the Court having considered the application, and any opposition thereto, and good cause appearing, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

That the application for admission *pro hac vice* of Paul R. Franke, III, Esq., for the purpose of the representation of Plaintiff, AT&T Corp., in the captioned action, shall be and hereby is granted.

**ENTERED:**                                                    **ORDERED:**

_____                                    _____