

# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, __Susan J. Festag__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Paul R. Franke III__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ____19th____ day of ____October____ A. D. __1982__ and that at the date hereof the said ____Paul R. Franke III____ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

____12th____ day of ____October____ A. D. __2004__

*Susan J. Festag*

_Clerk_