IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AT&T CORP.,
a New York corporation,

       Plaintiff,

vs.

WELCH FOODS, INC., A COOPERATIVE,
A Michigan Corporation

       Defendant.

Case No. 04-11899-DPW

### DECLARATION OF PAUL R. FRANKE, III, ESQ. IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

In support of the Motion of AT&T Corp. for the admission of Paul R. Franke, III, *pro hac vice*, I hereby depose as follows, under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am and have been a member in good standing in the Bars of the State of Colorado and the United States District Court for the District of Colorado.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. My application for admission *pro hac vice* is on Motion of William M. Zall, Esq., who is a member in good standing of the bar of Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts, and who has filed an

appearance in this matter, all pursuant to Local Rule of the United States District Court for the District of Massachusetts 83.5.3.

5. AT&T has requested that I and my law firm represent its interest in this matter, which is one of a number of matters in which our firm has represented AT&T in various forums over several years. Because of its ongoing involvement in the matters of AT&T, our firm can best represent AT&T's interests in this action.

6. I respectfully request that I be admitted *pro hac vice* for the purpose of participating in this action.

Respectfully submitted,

*/s/ Paul R. Franke*

Paul R. Franke, #12275
Murray Franke Greenhouse List & Lippitt, LLP
1228 Fifteenth Street, 2nd Floor
Denver, CO 80202
TEL:(303) 623-4500
FAX:(303) 323-0960

Dated Nov. 16, 2004