IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AT&T CORP.,
a New York corporation,

   Plaintiff,
vs.

Case No. 04 11899 DPW

WELCH FOODS, INC.,
a Michigan corporation,

   Defendant.

## JOINT STATEMENT AND PRE-TRIAL SCHEDULE

1. **STATEMENT OF CLAIMS AND DEFENSES**

A. Plaintiff: Defendant has failed to pay for telecommunication services in the amount of $268,166.41. Services were provided pursuant to Contract, and under terms of the AT&T Service Guide and F.C.C. tariffs. Plaintiff is indebted and asserts its claims under breach of contract and quantum meruit.

B. Defendant and Counterclaim Plaintiff: Defendant denies any indebtedness to Plaintiff. Rather, Plaintiff charged Defendant, and Defendant paid, $412,000 more than the rates promised by Plaintiff plus an additional $70,910.64 for various service overcharges. Defendant counterclaims for misrepresentation, breach of contract, unjust enrichment, and violation of M.G.L. c.93A.

2. **DISCOVERY PLAN**

A. Initial Rule 26(a)(1) Disclosures: November 23, 2004

B. Designation of Experts: May 13, 2005

C. Designation of Rebuttal Experts: May 31, 2005

D. Deadline to serve written discovery requests: March 31, 2005

E. Fact discovery cutoff: April 29, 2005

F. Expert discovery cutoff: June 30, 2005

3. **SCHEDULE FOR FILING OF MOTIONS**

A. Dispositive Motions to be filed by: July 29, 2005

B. Responses to Dispositive Motions to be filed by: August 15, 2005

4. **CERTIFICATION**

Certification by counsel and authorized representatives concerning budget and ADR consultation will be filed separately.

Respectfully submitted this 16th day of November, 2004.

| ATTORNEYS FOR PLAINTIFF AT&T CORP. | ATTORNEYS FOR DEFENDANT WELCH FOODS, INC. |
|---|---|
| /s/ William M. Zall | /s/ William A. Worth |
| William M. Zall | William A. Worth |
| BBO # 554135 | BBO #544086 |
| Cunningham, Machanic, Cetlin, Johnson & Harney, LLP | Prince, Lobel, Glovsky & Tye, LLP |
| 220 North Main Street | 585 Commercial Street |
| Natick, MA 07160 | Boston, MA 02109-1024 |
| Tel: (508) 651-7524 | Tel: (617) 456-8000 |
| Fax: (508) 653-0119 | Fax: (617) 456-8100 |
| | |
| Paul R. Franke, III | Richard H. Alpert |
| William H. Eikenberry | BBO #016500 |
| Murray Franke Greenhouse | Welch Foods Inc., A Cooperative |
| List & Lippitt, LLP | 575 Virginia Road |
| 1228 Fifteenth Street, 2nd Floor | Concord, MA 01742 |
| Denver, CO 80202 | Tel: (978) 371-3668 |
| Tel: (303) 623-4500 | Fax: (978) 371-3860 |
| Fax: (303) 623-0960 | |