IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AT&T CORP., :
a New York corporation, :
 :
       Plaintiff, :
vs. :
 :   Case No. 04 11899 DPW
WELCH FOODS INC., A COOPERATIVE :
a Michigan corporation, :
 :
       Defendant and Counterclaimant. :

## WELCH FOODS INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Undersigned counsel for Defendant and Counterclaimant Welch Foods Inc., A Cooperative and an authorized representative of Welch Foods Inc., A Cooperative each certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as outlined in Local Rule 16.4.

Dated: November 19, 2004.

_____
Richard H. Alpert
BBO #016500
Welch Foods Inc., A Cooperative
575 Virginia Road
Concord, MA  01742
Tel: (978) 371-3668

_____
Thomas Gettig, Vice President,
Human Resources and Administration
Welch Foods Inc., A Cooperative
575 Virginia Road
Concord, MA  01742

_____
William A. Worth
BBO #544086
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA  02109-1024
Tel: (617) 456-8000
Fax: (617) 456-8100