IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AT&T CORP.,
a New York corporation,

      Plaintiff,

vs.

WELCH FOODS, INC.,
a Michigan corporation,

      Defendant.

Case No. 04 11899 DPW

## AT&T'S CERTIFICATION REGARDING LITIGATION COSTS AND ADR

AT&T Corp. certifies that it has established a budget for the costs of conducting the full course and various alternative courses for litigation and has considered the resolution of the litigation through the use of alternative dispute resolution programs such as outlined in L.R. 16.4.

Authorized Representative of AT&T:

*[signature: Kathryn E. Thiel]*

Title: Senior Attorney

Date: 11-22-2004

ATTORNEYS FOR PLAINTIFF AT&T CORP.

*[signature]*

William M. Zall
BBO # 554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA  07160
Tel: (508) 651-7524
Fax: (508) 653-0119

Paul R. Franke, III
William H. Eikenberry
Murray Franke Greenhouse
List & Lippitt, LLP
1228 Fifteenth Street, 2nd Floor
Denver, CO 80202
Tel: (303) 623-4500
Fax: (303) 623-0960