UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AT&T CORP., <br> A New York corporation, <br><br> Plaintiff, <br> Counterclaim Defendant <br> vs. <br><br> WELCH FOODS INC., <br> A COOPERATIVE, <br> A Michigan corporation, <br><br> Defendant <br> Counterclaim Plaintiff | ) <br> ): <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04 11899 DPW |

**NOTICE OF APPERANCE**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter my appearance as attorney for Welch Foods, Inc. in the above-captioned matter.

I will be representing the above-named defendant along with Attorney William A. Worth.

        Respectfully submitted,

        /s/ Joshua A. Lewin
        Joshua A. Lewin, Esq., BBO # 658299
        Prince, Lobel, Glovsky & Tye LLP
        585 Commercial Street
        Boston, MA 02109-1024
        (617) 456-8183

        Richard H. Alpert
        BBO #016500
        Welch Foods Inc., A Cooperative
        575 Virginia Road
        Concord MA 01742
        Tel: (978) 371-3668
        Fax: (978) 371-3860

Date: March 17, 2005