UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., <br> A New York corporation, <br><br> Plaintiff, <br> Counterclaim Defendant <br> vs. <br><br> WELCH FOODS INC., <br> A COOPERATIVE, <br> A Michigan corporation, <br><br> Defendant <br> Counterclaim Plaintiff | Civil Action No. 04 11899 DPW |

**JOINT MOTION FOR THIRTY DAY
EXTENSION OF DISCOVERY SCHEDULE**

The parties hereby move that this Court allow the parties an additional thirty days to complete factual discovery in this matter as well as an additional thirty days in which to designate experts and to file for summary judgment.

As grounds therefore, the parties state that documentary and written discovery has taken longer than anticipated because of the large volume of documents germane to this case. In addition, despite diligent efforts, the parties have encountered difficulty scheduling depositions of factual witnesses. They do not anticipate that they will require more than an additional thirty days to complete factual discovery. Accordingly, they respectfully request that this Court amend its Scheduling Order as follows:

1)      All trial experts to be designated and disclosure of information contemplated by FRCP, Rule 26 provided no later than June 13, 2005; and Rebuttal experts no later than June 30, 2005, expert depositions to be completed by July 30, 2005.;

2)      Factual discovery to be completed by May 30, 2005;

3)      Motions for summary judgment to be filed by August 29, 2005, after completion of discovery, with responses to be filed within fourteen calendar days thereafter.

This matter is scheduled for a status conference on September 8, 2005 and the parties are required to file a status report by September 1, 2005.  They do not request that these dates be amended.

Respectfully submitted,

| Attorneys for AT&T | Attorneys for Welch Foods, Inc. |
|---|---|
| /s/ William Zall<br>William Zall<br>BBO #554135<br>Cunningham, Machanic, Cetlin<br>Johnson & Harney, LLP<br>220 N. Main Street<br>Natick, MA 07160<br>Tel: 508-651-7524<br>Fax: 508-653-0119 | /s/ William A. Worth<br>William A. Worth<br>BBO # 544086<br>Prince, Lobel, Glovsky & Tye LLP<br>585 Commercial Street<br>Boston, MA 02109<br>Tel: 617-456-8000<br>Fax: 617-456-8100 |
| /s/ Paul R. Franke, III<br>Paul R. Franke, III<br>William Eikenberry<br>Murray, Franke, Greenhouse,<br>List & Lippitt, LLP<br>1228 Fifteen Street, 2nd Floor<br>Denver, CO 80202<br>Tel: 303-623-4500<br>Fax: 303-623-09690 | /s/ Richard H. Alpert<br>Richard H. Alpert<br>BBO # 016500<br>Welch Foods, Inc.<br>575 Concord Road<br>Concord, MA 01742<br>Tel: 978-371-3668<br>Fax: 978-371-3860 |

Date:  April 7, 2005