## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AT&T CORP.,                                    :
a New York corporation,                        :
                                               :
                                               :
            Plaintiff,                         :
    vs.                                        :
                                               :        Case No. 04 11899 DPW
WELCH FOODS, INC.,                             :
a Michigan corporation,                        :
                                               :
                                               :
            Defendant.                         :

### JOINT MOTION FOR FURTHER EXTENSION ON DISCOVERY SCHEDULE

The parties hereby move that this Court allow for further extension on the discovery schedule. The parties respectfully request an additional thirty days in which to designate experts and to file for summary judgment.

As grounds therefore, Paul Franke, III, counsel for Plaintiff, states that he has had delays in finishing written discovery responses and will provide responses to Welch Foods no later than Monday, May 16, 2005. Further, counsel for Plaintiff has had scheduling difficulties in being available for depositions prior to the May 30, 2005 factual discovery deadline. Counsel for Defendant has accepted Plaintiff's request for an extension and has agreed to meet on May 27, 2005, to informally seek resolution on this matter and to finalize arrangements for depositions and formal mediation in June. The parties respectfully request the following amendment to the Scheduling Order:

1.     All trial experts to be designated and disclosure of information contemplated by FRCP, Rule 26 provided no later than July 13, 2005; and Rebuttal experts no later than July 29, 2005, expert depositions to be completed by August 31, 2005;

2.    Factual discovery to be completed by June 30, 2005;

3.    Motions for summary judgment to be filed by September 30, 2005, after completion of discovery, with responses to be filed within fourteen calendar days thereafter.

This matter is scheduled for a status conference on September 8, 2005 and the parties are required to file a status report by September 1, 2005. The parties do not request that these dates be amended.

Respectfully submitted this __/6__ day of May, 2005.


ATTORNEYS FOR PLAINTIFF AT&T CORP.

/s/ William M. Zall

William M. Zall
BBO # 554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA 07160
Tel: (508) 651-7524
Fax: (508) 653-0119


/s/ Paul R. Franke, III

Paul R. Franke, III
William H. Eikenberry
Murray Franke Greenhouse
List & Lippitt, LLP
1228 Fifteenth Street, 2nd Floor
Denver, CO 80202
Tel: (303) 623-4500
Fax: (303) 623-0960


ATTORNEYS FOR DEFENDANT WELCH FOODS, INC.

/s/ William A. Worth

William A. Worth
BBO #544086
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109-1024
Tel: (617) 456-8000
Fax: (617) 456-8100


/s/ Richard H. Alpert

Richard H. Alpert
BBO #016500
Welch Foods Inc., A Cooperative
575 Virginia Road
Concord, MA 01742
Tel: (978) 371-3668
Fax: (978) 371-3860