UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.<br>A New York corporation,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  - against -<br><br>WELCH FOODS INC., A COOPERATIVE,<br>A Michigan corporation,<br><br>  Defendant and Counterclaim Plaintiff. | Civil Action No.<br>04 11899 DPW |

LOCAL RULE 85.5.3 MOTION FOR
ADMISSION PRO HAC VICE

Defendant WELCH FOODS INC. ("Welch's") moves that Edward Shin be admitted *pro hac vice* in the above-captioned action. Attached hereto is the Certificate of Mr. Shin establishing his qualifications to practice in this Court.

WHEREFORE, defendant respectfully requests that this motion for admission *pro hac vice* be granted.

WELCH FOODS INC.,
By its attorney,

_____
Richard Alpert (BBO #016500)
Associate General Counsel
Welch Foods Inc.
3 Concord Farms
575 Virginia Road
Concord, MA 01742
978-371-3668

_____
Joshua A. Lewin (BBO# 658299)
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109-1024
(617) 456-8000

Dated:  April 26, 2005