## PRO HAC VICE CERTIFICATE OF EDWARD SHIN

Pursuant to Local Rule 83.5.3 of the United States District Court of the District of Massachusetts, I hereby certify the following:

1. I am employed by Welch Foods Inc. as Corporate Counsel.

2. I am admitted to the bar of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. My application is on motion of Richard Alpert, Esq., a member of the bar of this Court, who has also filed an appearance in the present action.

7. I recently joined Welch Foods Inc. as Corporate Counsel, and Welch Foods Inc. has requested that I participate in the defense of this action. Accordingly, I respectfully request that I be admitted to this Court pro hac vice for the purpose of participating in this action.

Signed under the pains and penalties of perjury this 22nd day of March, 2005.

EDWARD SHIN