IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>Plaintiff,<br>vs.<br><br>WELCH FOODS, INC., a Michigan corporation,<br><br>Defendant. | Case No. 04 11899 DPW |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned counsel on behalf of their respective clients, Plaintiff, AT&T Corp. and Defendant, Welch Foods, Inc., that this action be, and it hereby is, dismissed with prejudice and without costs to any party, with all rights of appeal being waived.

Dated this 11 day of August, 2005.

| ATTORNEYS FOR PLAINTIFF AT&T CORP. | ATTORNEYS FOR DEFENDANT WELCH FOODS, INC. |
|---|---|
| /s/ William M. Zall by WAW<br>William M. Zall<br>BBO # 554135<br>Cunningham, Machanic, Cetlin, Johnson & Harney, LLP<br>220 North Main Street<br>Natick, MA 07160<br>Tel: (508) 651-7524<br>Fax: (508) 653-0119 | /s/ William A. Worth<br>William A. Worth<br>BBO #544086<br>Prince, Lobel, Glovsky & Tye, LLP<br>585 Commercial Street<br>Boston, MA 02109-1024<br>Tel: (617) 456-8000<br>Fax: (617) 456-8100 |

Paul R. Franke, III
William H. Eikenberry
Murray Franke Greenhouse
List & Lippitt, LLP
1228 Fifteenth Street, 2nd Floor
Denver, CO 80202
Tel:  (303) 623-4500
Fax: (303) 623-0960

Richard H. Alpert
BBO #016500
Welch Foods Inc., A Cooperative
575 Virginia Road
Concord, MA  01742
Tel: (978) 371-3668
Fax: (978) 371-3860